# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700250

_____

## UNITED STATES OF AMERICA
Appellee

v.

## ANTONIO R. LE
Private First Class (E-2), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Captain Ann K. Minami, JAGC, USN.
Convening Authority: Commander, U.S. Marine Corps Forces
Command, Norfolk, VA.
Staff Judge Advocate's Recommendation: Lieutenant Colonel Robert A.
Fifer, USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: Brian K. Keller, Esq.

_____

Decided 14 December 2017

_____

Before MARKS, JONES, and RUSSELL, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court